IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00053-MR

| | |
|---|---|
| TERRY ALVIN HYATT, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> STATE OF NORTH CAROLINA, ) <br> DON GAST, RODNEY G. HASTY, ) <br> TIM SHOOK, ANN BENJAMIN, ) <br> ) <br> Respondents. ) <br> _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Motion to Withdraw his *pro se* § 2254 Petition for Writ of Habeas Corpus, filed on March 8, 2021. [Doc 3].

The Petition for Writ of Habeas Corpus was filed on February 18, 2021 and the Government has not been ordered to respond. [Doc. 1]. As such, the Court construes Petitioner's Motion to Withdraw as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Under this rule, a petitioner may take a voluntary dismissal without a court order "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

1

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall docket Petitioner's Motion to Withdraw [Doc. 3] as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and close the instant civil action.

**IT IS SO ORDERED**.

Signed: April 12, 2021

Martin Reidinger
Chief United States District Judge